UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| DR. WARREN KLUGER, LYNN KLUGER and TOWER HILL SELECT INSURANCE COMPANY as subrogee of DR. WARREN KLUGER,<br>　　　　　　　　Plaintiffs,<br>v.<br>EXCELLENT DESIGNER HOMES OF JACKSONVILLE, INC., JD VAUGHN & SONS PLUMBING, INC., BIVINS ELECTRIC COMPANY, INC., HERITAGE OPERATING, LP, TITAN PROPANE, LLC, CORNERSTONE PROPANE LP, ENERGY TRANSFER PARTNERS GP, LP and OMEGA FLEX, INC.,<br>　　　　　　　　Defendants. | Case No.: 3:11-cv-00554-TJC-PDB |

## NOTICE OF FILING PLAINTIFFS' SUPPLEMENTAL EXHIBIT R TO ECF DOC. NO. 144

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 22nd day of November, 2013, the forgoing Plaintiffs' Supplemental Exhibit R To ECF Doc. No. 144 was presented to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the all counsel of record.

s/Anthony J. Morrone

# EXHIBIT R

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - x

NATIONWIDE MUTUAL FIRE INS. CO. : No. 3:10CV-1596 (SRU)
: 915 Lafayette Boulevard
vs. : Bridgeport, Connecticut
:
: August 27, 2013
OMEGA FLEX, INC. :

- - - - - - - - - - - - - - - x

JURY TRIAL

B E F O R E:

   THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.

A P P E A R A N C E S:

   FOR THE PLAINTIFF:

      COZEN & O'CONNOR
         The Atrium, 1900 Market Street
         Philadelphia, Pennsylvania   19103
      BY: MARK E. UTKE, ESQ.
         ANTHONY J. MORRONE, ESQ. (Illinois)

   FOR THE DEFENDANT:

      MARKS O'NEILL O'BRIEN DOHERTY & KELLY, PC
         300 Delaware Avenue, Suite 900
         Wilmington, Delaware   19801
      BY: DAWN DOHERTY, ESQ.
         NORMAN H. BROOKS, ESQ.

      LAW OFFICES OF JACK V. GENOVESE, II
         200 Glastonbury Boulevard, Ste. 301
         Glastonbury, Connecticut   06033
      BY: MONY YIN, ESQ.

        Susan E. Catucci, RMR
        Official Court Reporter
        915 Lafayette Boulevard
     Bridgeport, Connecticut   06604
         Tel: (917) 703-0761

1     The third patent is a patent for a device that senses
2 whether or not lightning has hit your house. If lightning
3 has hit your house, it cuts off gas pressure so as to make
4 sure you don't get a fire from any hole that might result
5 with the leaking gas.
6 Q.   And are you able to estimate how many cases you've
7 been involved in that involve the perforation of CSST when
8 exposed to lightning?
9 A.   Our lab has looked at close to 200 instances.
10     MR. UTKE: Your Honor, I'd submit that
11 Mr. Goodson is an expert in the field of electrical
12 engineering and corrugated stainless steel tubing.
13     MR. BROOKS: No objection, Your Honor.
14     THE COURT: All right, he's so qualified.
15 BY MR. UTKE:
16 Q.   Sir, can you tell the jury what the scope of your
17 work was in this case?
18 A.   Basically I went to analyze electric code to see
19 whether it was followed, to see whether the design and
20 instructions -- design and installation instructions were
21 followed.
22     I also was asked to give commentary regarding those
23 instructions, as well as to comment on bonding and
24 grounding as they relate to a CSST fire loss.
25 Q.   And can you tell the jury, is there any difference