UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| DR. WARREN KLUGER, LYNN KLUGER and TOWER HILL SELECT INSURANCE COMPANY as subrogee of DR. WARREN KLUGER,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>EXCELLENT DESIGNER HOMES OF JACKSONVILLE, INC., JD VAUGHN & SONS PLUMBING, INC., BIVINS ELECTRIC COMPANY, INC., HERITAGE OPERATING, LP, TITAN PROPANE, LLC, CORNERSTONE PROPANE LP, ENERGY TRANSFER PARTNERS GP, LP and OMEGA FLEX, INC.,<br>　　　　　　　　　　Defendants. | Case No.: 3:11-cv-00554-TJC-PDB |

## NOTICE OF FILING PLAINTIFFS' SUPPLEMENTAL EXHIBIT G TO ECF DOC. NO. 151

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 22nd day of November, 2013, the forgoing Plaintiffs' Supplemental Exhibit G To ECF Doc. No. 151 was presented to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the all counsel of record.

s/Anthony J. Morrone

# EXHIBIT G

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - x

NATIONWIDE MUTUAL FIRE INS. CO. :  No. 3:10CV-1596 (SRU)
                                :  915 Lafayette Boulevard
                                :  Bridgeport, Connecticut
        vs.                     :
                                :  August 27, 2013
OMEGA FLEX, INC.                :

- - - - - - - - - - - - - - - x
```

JURY TRIAL

B E F O R E:

  THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.

A P P E A R A N C E S:

  FOR THE PLAINTIFF:

      COZEN & O'CONNOR
          The Atrium, 1900 Market Street
          Philadelphia, Pennsylvania  19103
      BY: MARK E. UTKE, ESQ.
          ANTHONY J. MORRONE, ESQ. (Illinois)

  FOR THE DEFENDANT:

      MARKS O'NEILL O'BRIEN DOHERTY & KELLY, PC
          300 Delaware Avenue, Suite 900
          Wilmington, Delaware  19801
      BY: DAWN DOHERTY, ESQ.
          NORMAN H. BROOKS, ESQ.

      LAW OFFICES OF JACK V. GENOVESE, II
          200 Glastonbury Boulevard, Ste. 301
          Glastonbury, Connecticut  06033
      BY: MONY YIN, ESQ.

              Susan E. Catucci, RMR
              Official Court Reporter
              915 Lafayette Boulevard
          Bridgeport, Connecticut  06604
              Tel: (917) 703-0761

1	The third patent is a patent for a device that senses
2	whether or not lightning has hit your house. If lightning
3	has hit your house, it cuts off gas pressure so as to make
4	sure you don't get a fire from any hole that might result
5	with the leaking gas.
6	Q.	And are you able to estimate how many cases you've
7	been involved in that involve the perforation of CSST when
8	exposed to lightning?
9	A.	Our lab has looked at close to 200 instances.
10	      MR. UTKE: Your Honor, I'd submit that
11	Mr. Goodson is an expert in the field of electrical
12	engineering and corrugated stainless steel tubing.
13	      MR. BROOKS: No objection, Your Honor.
14	      THE COURT: All right, he's so qualified.
15	BY MR. UTKE:
16	Q.	Sir, can you tell the jury what the scope of your
17	work was in this case?
18	A.	Basically I went to analyze electric code to see
19	whether it was followed, to see whether the design and
20	instructions -- design and installation instructions were
21	followed.
22	      I also was asked to give commentary regarding those
23	instructions, as well as to comment on bonding and
24	grounding as they relate to a CSST fire loss.
25	Q.	And can you tell the jury, is there any difference