UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Dr. WARREN KLUGER, LYNN KLUGER
and TOWER HILL SELECT INSURANCE     CASE NO.: 3:11-cv-00554-TJC-PDB
COMPANY as subrogee of DR. WARREN
KLUGER

        Plaintiffs

v.

OMEGA FLEX, INC.

        Defendant
_____/

**NOTICE OF FILING DEFENDANT OMEGA FLEX, INC.'S SUPPLEMENTAL EXHIBIT 18 TO ECF DOC. NO. 139**

# Exhibit "18"

# In The Matter Of:

## *UNITRIN AUTO & HOME INSURANCE COMPANY AS SUBROGEE OF SHAMSHER SHAMSHER*
## *v.*
## *K. HOVNANIAN HOMES OF MARYLAND, LLC, et al.*

### *THOMAS W. EAGAR, Sc.D., P.E. - Vol. 1*
*May 16, 2012*

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

THOMAS W.   EAGAR, Sc.D., P.E. - 5/16/2012

119

1     A.   But, again, it's not something I usually
2  deal with.
3     Q.   Previously you testified that you believe
4  there are two holes in the CSST at the Shamsher
5  residence.  Was there significant damage at both
6  holes?
7     A.   No, not according to the -- the Exponent
8  report.
9     Q.   Do you have an opinion as to why there was
10 so little damage at the location of the second hole?
11    A.   I'd have to go back and look at the actual
12 physical size of the holes.  I have seen -- Shamsher
13 number five is less than a millimeter in -- in
14 length, and I don't have a scale with the other
15 hole.  But some holes are just too small to let out
16 enough gas to be a problem.  I mean, I've seen very
17 small holes in some CSST that may have been formed
18 months before, that had been leaking gas, but just
19 never built up to a flammable concentration.
20    Q.   Do you have an opinion as to whether
21 natural gas was ignited and burned at the location
22 of the second hole, not the number five that you've
23 been speaking about, but the other hole?
24    A.   Apparently, there was some damage, that's
25 what the carpenters found.  I mean, I'm just going

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court on **November 25, 2013** by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>Anthony J. Morrone, Esquire
>COZEN O'CONNOR
>333 W. Wacker Drive, Suite 1900
>Chicago, Illinois  60606

>/s/ Angela M. Mitchell
>ANGELA M. MITCHELL, ESQUIRE